IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11078
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

ANTHONY KING, SR.,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CR-57-2-A
--------------------
September 12, 2002

Before JOLLY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Counsel appointed to represent Anthony King, Sr., has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  King has received a copy of counsel's motion and brief, but he has not filed a response.  Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

R. 42.2.